**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| BYRON GRIMM, INDIVIDUALLY, AND AS ADMINISTRATOR TO THE ESTATE OF KENNETH GRIMM, DECEASED,<br><br>     Plaintiff,<br><br>VS.<br><br>GUADALUPE COUNTY, TEXAS; AND DEPUTY GARY COURTNEY, INDIVIDUALLY<br><br>     Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO.:<br>5:25-cv-1555-FB-RBF |

_**UNOPPOSED**_ **PLAINTIFF'S MOTION TO AMEND ORIGINAL COMPLAINT**

**TO THE HONORABLE JUDGE OF THE COURT**

Now Comes Plaintiff and requests to amend Plaintiff's Original Complaint and will show the following:

**PROCEDURE**

The deadline to amend or supplement the complaint and/or add parties is July 16, 2026.

**ARGUMENT**

This is Plaintiff's first amendment.

Plaintiff received production from defendants and responses to interrogatories which provided Plaintiff with relevant information they did not have before.

Plaintiff took the depositions of Defendant Gary Courtney and former Guadalupe County

_Motion to amend/supp. complaint_          Page 1

Sheriff Zwicke who was the sheriff at the time of killing of Kenneth Grimm. These depositions provided Plaintiff with relevant information they did not have before.

Plaintiff is not adding any new parties but out of an abundance of caution adds, but does not subtract, facts and further allegations of liability.

This motion in **Unopposed.**

There is no prejudice to any party by granting this motion and the motion is not brought for the purposes of delay.

## PRAYER

Plaintiff this motion be granted and Plaintiff's First Amended Original Complaint be Granted and that same be filed in the docket and for all other relief in law and equity to which he is entitled.

Respectfully Submitted,

KALLINEN LAW PLLC

*/s/ Randall L. Kallinen*
Randall L. Kallinen
State Bar of Texas No. 00790995
U.S. Southern District of Texas Bar No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone:    713/320-3785
FAX:          713/893-6737
E-mail:       AttorneyKallinen@aol.com

Alexander C. Johnson
State Bar of Texas No. 24123583
U.S. Southern District of Texas Bar No. 3679181
511 Broadway Street
Houston, Texas 77012
Telephone:    573/340-3316
FAX:          713/893-6737
Email:        alex@acj.legal

*Motion to amend/supp. complaint*                                    Page 2

**CERTIFICATE OF SERVICE**

       I hereby certify that I have conferred in good faith by email July 16, 2026, which counsel for Defendants and they are UNOPPOSED to the relief requested.

*/s/ Randall L. Kallinen*
Randall L. Kallinen

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served this document on counsel of record on July 16, 2026, by filing with the Court's ECF System.

*/s/ Randall L. Kallinen*
Randall L. Kallinen
