**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| BYRON GRIMM, INDIVIDUALLY, AND AS ADMINISTRATOR TO THE ESTATE OF KENNETH GRIMM, DECEASED, | § § § § | |
| **Plaintiff,** | § § | |
| VS. | § § | **CIVIL ACTION NO.: 5:25-cv-1555-FB-RBF** |
| GUADALUPE COUNTY, TEXAS; AND DEPUTY GARY COURTNEY, INDIVIDUALLY | § § § | |
| **Defendants.** | § § | |
| | § | |

### ORDER

*On this day came on to be considered UNOPPOSED* PLAINTIFF'S MOTION TO AMEND ORIGINAL COMPLAINT and the motion is GRANTED. The Clerk is ORDERED to file Plaintiff's First Amended Original Complaint.

**DATE:**

_____, 2026 _____
 **HONORABLE JUDGE OF THE COURT**
 **U.S. Southern District of Texas, San Antonio**